IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.*, WESSNER,<br><br>Plaintiff,<br><br>v.<br><br>AETNA BETTER HEALTH OF<br>PENNSYLVANIA, *et al.*,<br><br>Defendants. | Civil Action No. 17-292-CRE |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement ("Agreement") among Relator Carol Wessner and Defendant Aetna Medicaid Administrators, LLC, Relator, Defendants, and the United States of America, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

1. The Civil Action shall be:

   a. dismissed with prejudice to the Relator as to all claims in the Civil Action, pursuant to and consistent with the terms and conditions of the Agreement;

   b. dismissed without prejudice to the United States.

2. The Court will retain jurisdiction over any disputes that may arise regarding compliance with the Agreement.

3. A proposed order accompanies this joint stipulation.

Respectfully submitted,

*[signature]*

Marc S. Raspanti, Esquire
Michael A. Morse, Esquire
Pietragallo Gordon Alfano Bosick &
Raspanti LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tele: (215) 320-6200
msr@pietragallo.com
mam@pietragallo.com

Counsel for Defendants

*[signature]*

Daniel Miller, Esquire
Walden Macht & Haran LLP
2000 Market Street, Suite 1420
Philadelphia, PA 19103
Tele: (267) 516-0780
dmiller@wmhlaw.com

Counsel for Plaintiff-Relator

*[signature]*

Paul E. Skirtich, Esquire
Assistant United States Attorney
United States Attorney's Office
for the Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
paul.skirtich@usdoj.gov

Counsel for the United States of America

Dated: March 9, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that on March 9, 2022, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

/s/
Michael A. Morse, Esquire